## CRIMINAL DOCKET

Southern District of Texas
Houston Division                                        CRIMINAL No.   H-11-665

Transfer of Jurisdiction of Supervised Release or Probation.
Transferring Court  Central District of California

Date Filed  Sep 21, 2011                                Judge Lee Rosenthal

UNITED STATES OF AMERICA

v.

William Lee Cranston




Charge:  18 USC § 1344, 2(a), 2(b); Bank Fraud, Aiding and Abetting and Causing an Act to be
         Done




Penalty:      84 months BOP; 5 years SRT, $50 SA